```
FILED
CLERK, U.S. DISTRICT COURT
12/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____bm_____ DEPUTY
```

E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5748
    Facsimile: (213) 894-0141
    E-mail:    amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WEIJUN ZHENG,<br>   aka "Sonic,"<br>HEXI WANG,<br>JIN LIU,<br>   aka "Mark,"<br>DONG LIN,<br>   aka "Liam,"<br>DANIEL ACOSTA HOFFMAN,<br>   aka "Slinks,"<br>JESSE JAMES ROSALES,<br>ANDY ESTUARDO CASTILLO PEREZ,<br>MARCK ANTHONY GOMEZ, and<br>GALVIN BIAO LIUFU,<br><br>    Defendants. | CR 2:24-cr-00761-PA<br><br>[~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS<br><br>**(UNDER SEAL)** |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this

order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

| | |
|---|---|
| 12/20/2024 | /s/ |
| DATE | HONORABLE JEAN ROSENBLUTH<br>UNITED STATES MAGISTRATE JUDGE |

**OR IN CASE OF DENIAL:**

   The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____     _____
DATE                                HONORABLE
                                    UNITED STATES MAGISTRATE JUDGE