Case 2:24-cr-00761-PA   Document 13   Filed 12/20/24   Page 1 of 2   Page ID #:45

**FILED**
CLERK, U.S. DISTRICT COURT
12/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ASI     DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　PLAINTIFF<br>v.<br>WEIJUN ZHENG,<br>　aka "Sonic,"<br>HEXI WANG,<br>JIN LIU,<br>　aka "Mark,"<br>DONG LIN,<br>　aka "Liam,"<br>DANIEL ACOSTA HOFFMAN,<br>　aka "Slinks,"<br>JESSE JAMES ROSALES,<br>ANDY ESTUARDO CASTILLO PEREZ,<br>MARCK ANTHONY GOMEZ, and<br>GALVIN BIAO LIUFU,<br>　　　　　　　　　　DEFENDANT(S) | Initial Indictment:<br>**2:24-cr-00761-PA**<br>Case number to be assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br>_____<br>Case number to be assigned by Criminal Intake Clerk<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br><br>(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as comple.) |

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is __9__.

　and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____. The previous number of defendants was _____.

　and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. The previous estimate was _____ trial days.

| | |
|---|---|
| December 20, 2024 | _/s/ Amanda B. Elbogen_ |
| Date | Amanda B. Elbogen |

Assistant United States Attorney