# APPENDIX A

Conflicts for Adam Braun – Attorney for Hexi Wang

- 4/22/2025-5/02/2025: Meridian Management Services vs. WorXsiteHR Solutions Services, 7 to 9 court day jury trial, Ventura County Superior Court (business litigation matter)
- 7/25/2025- 8/08/2025:  Overseas travel
- 8/19/2025 - 8/22/2025: Prosolutions.com v. Smallboard.com, 4 day bench trial, Los Angeles County Superior Court (business litigation matter)

Conflicts for Julia Deixler – Attorney for Marck Gomez

- United.States.v¡.Yinpiao.Zhou, 25-CR-10-JFW, a failure to register an aircraft and violation of national defense airspace trial scheduled for March 25, 2025

- United.States.v¡.Jose.Resendez, 23-CR-303-FMO, a firearm possession and possession with intent to distribute narcotics trial scheduled for April 15, 2025

- United.States.v¡.Reynaldo.Calderon, 24-CR-167-MEMF, a conspiracy to distribute narcotics trial scheduled for May 5, 2025

- United.States.v¡.Santos_Sweet, 18-CR-316-TJH, a kidnapping trial scheduled for July 8, 2025

- United.States.v¡.Said.Mneimne, 22-CR-364-DSF, a two-defendant arms exportation trial scheduled for August 19, 2025

Conflicts for Richard Raynor – Attorney for Daniel Acosta Hoffman

- US v. Gabriel Mirabal, 5:18-cr-00335-MWF, re-trial on assault on federal officer charge set for March 11, 2025.
- US v. Jesus Felix, 2:12-cr-00527-GW, trial on Continuing Criminal Enterprise and Drug Conspiracy set for April 15, 2025.
- US v. Chavez-Perez, 2:23-cr-00545-AB, trial on drug conspiracy charge, set for June 17, 2025.

Conflicts for Ian Wallach – Attorney for Jesse James Rosales

- USA v. PALMA (ABRAMS,DEF. #2), 2:20-CR-536-2-DMG, a 2 defendant health care fraud trial.  Jury trial is set to begin on October 25, 2024 with a status conference on for September 24, 2024.  Trial is expected to last five days.

- USA V. CRUZ-HERNANDEZ (JOSE ALFREDO FLORES AYALA, DEF. NO. 29), 19-cr-00117-ODW, a 31 Defendant RICO trial, is set to begin on March 25, 2025. Trial is expected to last 60 to 90 days.

Conflicts for Robert C. Hsu – Attorney for Jin Liu

- February 19    two week criminal trial
- February 25    three week jury trial
- March 12       4 day bench trial
- March 24       2 week jury trial
- March 25       2 week jury trial
- April 1        2 week jury trial
- April 7        2 week jury trial
- May 14         1 week jury trial
- May 27         1 Week jury trial
- June 2         2 week jury trial
- June 2         2 week jury trial
- June 25        2 week jury trial
- August 5       2 week jury trial
- September 2    2 week jury trial
- September 22   2 week jury trial
- October 14,    2 week jury trial
- October 21     2 week jury trial
- November 3     2 week jury trial
- November 10    1 week jury trial
- November 10    1 week jury trial
- November 17    1 week jury trial

Conflicts for Curtis V. Leftwich – Attorney for Galvin Biao Liufu

- People v. Mack, No. PA092505, a murder trial scheduled for February 3, 2025, and estimated to last two weeks;
- People v. Chavez, No. PA068744, a special circumstance murder trial scheduled for March 27, 2025, and estimated to last ten days;
- People v. Pruitt, No. BA498349, a bank fraud trial scheduled for June 2, 2025, and estimated to last two weeks;
- People v. Smith, case number: 24AVCF01424.  This is a single defendant murder preliminary hearing which is scheduled for March 17th and 18th of this year; and
- United States v. De Jesus Morales, No. 24-cr-167, a drug conspiracy trial scheduled for May 5, 2025, and estimated to last four days.

Conflicts for Katherine McBroom – Attorney for Andy Estuardo Castillo Perez

- United States v. Sandoval, et al. (Humberto Bermejo – Def. 9); Case No. 2:24-cr-00008-AB; Trial Date April 15, 2025; 3-5 days; two prior continuances
- United States v. Avila, et al. (Jose Moreno Gonzalez – Def. 5), Case No. 2:24-cr-00461-FMO; Trial Date May 6, 2025; 3-5 days; one prior continuance.
- United States v. Jackson, et al. (Mario Wetmore – Def. 16); Case No. 2:14-cr-00648-CAS; Trial Date May 25, 2025, 3 days, multiple prior continuances.
- United States v. Jaramillo, et al. (Javier Martinez – Def. 18); Case No. 2:24-cr-00008-AB; Trial Date July 15, 2025; 3-5 days, one prior continuance.
- United States v. Nathaniel McGuire; Case NO. 2:24-cr-00629-TJH, Trial Date September 9, 2025; 7-9 days; on prior continuance.