*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
1/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC   DEPUTY

PACTS No: 9561053

**Passport Receipt**

U.S. Probation & Pretrial Services

Defendant Name: Dong Lin

Name on passport, if different: enter text.

Country of Origin: U.S.A

Passport Number: ▮▮▮▮▮▮

Date passport issued: July 5, 2019

Expiration date of passport: July 4, 2029

Ordered by court in the

Docket Number: 2:24-CR-00761-4

_Yutong Li_
Surrendered By

01/29/2025
Date

Susana Marrujo

01/29/2025

Received By

Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)