## United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
1/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC  DEPUTY

PACTS No: 9560973

**Passport Receipt**

Defendant Name: Galvin Biao Liufu

Name on passport, if different: Fubiao Liu

Country of Origin: People's Republic of China

Passport Number: ███

Date passport issued: 06/22/11

Expiration date of passport: 06/21/21

Ordered by court in the Central District of California

Docket Number:  **0973 2:24CR00761-9**

U.S. Probation & Pretrial Services
Roybal

---

YinYin Liu
Surrendered By

01/27/25
Date

---

Lilia Flores
Received By

01/27/25
Date

---

Returned To

Date

---

Surrendered By

Date

Purpose Returned

Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax