

*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

```
FILED
CLERK, U.S. DISTRICT COURT

1/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:    MMC    DEPUTY
```

PACTS No: 9561043

**Passport Receipt**

U.S. Probation & Pretrial Services
Roybal

Defendant Name: Jin Liu

Name on passport, if different:

Country of Origin: People's Republic of China

Passport Number: ▮▮▮▮▮▮▮

Date passport issued: 12/16/09

Expiration date of passport: 12/15/19

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-3**



Yuehong Qin
Surrendered By

01/27/25
Date

Lilia Flores
Received By

01/27/25
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)