1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   COLIN S. SCOTT(Cal. Bar No. 318555)
4  AMANDA B. ELBOGEN (Cal. Bar No. 332505)
   Assistant United States Attorney
5  Terrorism and Export Crimes Section
         1500 United States Courthouse
6        312 North Spring Street
         Los Angeles, California 90012
7        Telephone: (213) 894-3159/5748
         Facsimile: (213) 894-0141
8        E-mail:    colin.scott@usdoj.gov

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                 UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

| UNITED STATES OF AMERICA, | No. 24-CR-00761 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| Zheng et al., | **CURRENT TRIAL DATE:** October 14, 2025 |
| Defendant. | **[PROPOSED] TRIAL DATE:** December 17, 2025 |
| | **[Proposed] Pretrial Motions Deadline:** November 3, 2025 |

        The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

parties in this matter on June 5th, 2025.  The Court hereby finds that

the Stipulation, which this Court incorporates by reference into this

Order, demonstrates facts that support a continuance of the trial

1  date in this matter, and provides good cause for a finding of

2  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

3      The Court further finds that:  (i) the ends of justice served by

4  the continuance outweigh the best interest of the public and

5  defendant in a speedy trial; (ii) failure to grant the continuance

6  would be likely to make a continuation of the proceeding impossible,

7  or result in a miscarriage of justice; (iii) failure to grant the

8  continuance would unreasonably deny defendant continuity of counsel

9  and would deny defense counsel the reasonable time necessary for

10 effective preparation, taking into account the exercise of due

11 diligence; and (iv) the case is so unusual and so complex, due to the

12 nature of the prosecution and the number of defendants, that it is

13 unreasonable to expect preparation for pre-trial proceedings or for

14 the trial itself within the time limits established by the Speedy

15 Trial Act.

16      THEREFORE, FOR GOOD CAUSE SHOWN:

17      1.   The trial in this matter is continued from October 14, 2025

18 to December 17, 2025.

19      2.   The time period of October 14, 2025 to December 17, 2025,

20 inclusive, is excluded in computing the time within which the trial

21 must commence, pursuant to 18 U.S.C. . §§ 3161(h)(7)(A),

22 (h)(7)(B)(i),  (h)(7)(B)(ii) and (h)(7)(B)(iv).

23      3.   Defendant shall appear in Courtroom 9A of the Federal

24 Courthouse, 350 W. 1st Street, Los Angeles, California on December

25 16, 2025 at 8:30 a.m.

26      4.   Nothing in this Order shall preclude a finding that other

27 provisions of the Speedy Trial Act dictate that additional time

28 periods are excluded from the period within which trial must

commence.   Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


_____          _____
 DATE                                      HONORABLE PERCY ANDERSON
                                           UNITED STATES DISTRICT JUDGE



Presented by:

_____/s/_____
COLIN S. SCOTT
Assistant United States Attorney

3